**Order entered August 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01077-CV

## IN RE TODD TOMASELLA, Relator

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 61378**

## ORDER

The Court has before it relator's petition for writ of habeas corpus and request for interim relief. Pending this Court's determination of relator's petition on the merits and until further order of this Court, it is **ORDERED** that relator Todd Tomasella be released from the custody of the Sheriff of Kaufman County only upon his posting a good and sufficient cash bond, conditioned as required by law, in the sum of $47,774.31, plus all expenses which may be incurred by peace officers in rearresting relator in the event that relator fails to appear at any hearing before this Court or violates some other condition of the bond.

In the event relator Todd Tomasella gives such bond, the Sheriff of Kaufman County is **ORDERED** to immediately forward a certified copy of the bond to the Clerk of this Court. This order releases relator Todd Tomasella only from custody under the written order dated March 28, 2013, entitled Order for Writ of Commitment for Todd Michael Tomasella, and Setting of Bond, issued by the 86th Judicial District Court of Kaufman County, Texas, in the case styled *In the Interest of M.D.T., a Child.*

The Court requests that real party in interest and respondent file any responses to the petition by August 26, 2013.

/s/    DOUGLAS S. LANG
        JUSTICE